# UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| KENNETH C GVIST | § | Case No. 16-20921 |
| BRENDA J GVIST | § | |
| | § | |
| | § | |
| Debtors | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 06/28/2016 . The undersigned trustee was appointed on 06/28/2016 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of        $    15,000.00

   Funds were disbursed in the following amounts:

   | | |
   |---|---:|
   | Payments made under an interim disbursement | 0.00 |
   | Administrative expenses | 10.24 |
   | Bank service fees | 321.51 |
   | Other payments to creditors | 0.00 |
   | Non-estate funds paid to 3rd Parties | 0.00 |
   | Exemptions paid to the debtor | 0.00 |
   | Other payments to the debtor | 0.00 |
   | Leaving a balance on hand of[1]     $ | 14,668.25 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 02/09/2017 and the deadline for filing governmental claims was 02/09/2017 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 2,250.00 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 2,250.00 , for a total compensation of $ 2,250.00 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 0.00 , for total expenses of $ 0.00 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 03/29/2019                By: /s/Frances Gecker, Trustee
                                        Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No: | 16-20921 | JSB | Judge: | Janet S. Baer | Trustee Name: | Frances Gecker, Trustee |
| Case Name: | KENNETH C GVIST | | | | Date Filed (f) or Converted (c): | 06/28/2016 (f) |
| | BRENDA J GVIST | | | | 341(a) Meeting Date: | 07/15/2016 |
| For Period Ending: | 03/29/2019 | | | | Claims Bar Date: | 02/09/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. KISSIMIE FL - Timeshare | 0.00 | 0.00 | | 0.00 | FA |
| 2. 2013 FORD F350 MILEAGE: 60000 2013 FORD 350 TRUCK VALUE DETE  Reaffirmed | 31,403.00 | 0.00 | | 0.00 | FA |
| 3. 2008 FORD E350 MILEAGE: 140000 2008 FORD E350 VALUE DETERMIN | 5,563.00 | 0.00 | | 0.00 | FA |
| 4. 2010 DUTCHMAN GRAND JUNCTION 5TH WHEEL  Reaffirmed. Debtor claimed exemption. | 20,000.00 | 20,000.00 | | 0.00 | FA |
| 5. HOUSEHOLD GOODS IN STORAGE UNIT  Debtor claimed exemption. | 1,000.00 | 0.00 | | 0.00 | FA |
| 6. ORDINARY WEARING APPAREL  Debtor claimed exemption. | 250.00 | 0.00 | | 0.00 | FA |
| 7. ORDINARY WEARING APPAREL  Debtor claimed exemption. | 250.00 | 0.00 | | 0.00 | FA |
| 8. CASH | 100.00 | 100.00 | | 0.00 | FA |
| 9. CHASE BANK ACCOUNT  Debtor claimed exemption. | 900.00 | 0.00 | | 0.00 | FA |
| 10. NOTE PAYABLE FOR SALE OF AFFORDABLE TEMPERATURE CONTRO. BUSI  Debtors making settlement payments. | 0.00 | 0.00 | | 15,000.00 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $59,466.00 | $20,100.00 | | $15,000.00 | $0.00 |

(Total Dollar Amount in Column 6)

UST Form 101-7-TFR (5/1/2011) *(Page: 3)*

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

11/1/18 - TRUSTEE HAS FILED A MOTION TO EMPLOY AN ACCOUNTANT.

11/29/16 - THE TRUSTEE HAS ENTERED INTO A SETTLEMENT AGREEMENT WITH DEBTOR FOR $15,000.00, AND DEBTOR IS MAKING MONTHLY PAYMENTS UNTIL DECEMBER 2018.

Exhibit A

Initial Projected Date of Final Report (TFR): 02/15/2019          Current Projected Date of Final Report (TFR): 02/15/2019

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 16-20921 | | Trustee Name: | Frances Gecker, Trustee |
| Case Name: | KENNETH C GVIST | | Bank Name: | Associated Bank |
| | BRENDA J GVIST | | Account Number/CD#: | XXXXXX2135 |
| | | | | Checking |
| Taxpayer ID No: | XX-XXX4289 | | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 03/29/2019 | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 11/29/16 | 10 | AFFORDABLE TEMPERATURE CONTROL, INC. 453 W. FULLERTON AVE. ELMHURST, IL 60126 | SETTLEMENT PAYMENT - ORDER DATED 11/29/16 | 1121-000 | $600.00 | | $600.00 |
| 12/19/16 | 10 | AFFORDABLE TEMPERATURE CONTROL, INC. 453 W. FULLERTON AVE. ELMHURST, IL 60126 | SETTLEMENT PAYMENT - ORDER DATED 11/29/16 | 1121-000 | $600.00 | | $1,200.00 |
| 01/24/17 | 10 | AFFORDABLE TEMPERATURE CONTROL, INC. 453 W. FULLERTON AVE. ELMHURST, IL 60126 | SETTLEMENT PAYMENT - ORDER DATED 11/29/16 | 1121-000 | $600.00 | | $1,800.00 |
| 02/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $1,790.00 |
| 02/23/17 | 10 | AFFORDABLE TEMPERATURE CONTROL, INC. 453 W. FULLERTON AVE. ELMHURST, IL 60126 | SETTLEMENT PAYMENT - ORDER DATED 11/29/16 | 1121-000 | $600.00 | | $2,390.00 |
| 03/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $2,380.00 |
| 03/27/17 | 10 | AFFORDABLE TEMPERATURE CONTROL, INC. 453 W. FULLERTON AVE. ELMHURST, IL 60126 | SETTLEMENT PAYMENT - ORDER DATED 11/29/16 | 1121-000 | $600.00 | | $2,980.00 |
| 04/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $2,970.00 |
| 04/27/17 | 10 | AFFORDABLE TEMPERATURE CONTROL, INC. 453 W. FULLERTON AVE. ELMHURST, IL 60126 | SETTLEMENT PAYMENT - ORDER DATED 11/29/16 | 1121-000 | $600.00 | | $3,570.00 |
| 05/05/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $3,560.00 |

UST Form 101-7-TFR (5/1/2011) *(Page: 5)*            Page Subtotals:            $3,600.00        $40.00

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| | |   | | |
|---|---|---|---|---|
| Case No: | 16-20921 | | Trustee Name: | Frances Gecker, Trustee |
| Case Name: | KENNETH C GVIST | | Bank Name: | Associated Bank |
| | BRENDA J GVIST | | Account Number/CD#: | XXXXXX2135 |
| | | | | Checking |
| Taxpayer ID No: | XX-XXX4289 | | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 03/29/2019 | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 06/07/17 | 10 | AFFORDABLE TEMPERATURE CONTROL, INC. 453 W. FULLERTON AVE. ELMHURST, IL 60126 | SETTLEMENT PAYMENT - ORDER DATED 11/29/16 | 1121-000 | $600.00 | | $4,160.00 |
| 06/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $4,150.00 |
| 06/19/17 | 10 | AFFORDABLE TEMPERATURE CONTROL, INC. 453 W. FULLERTON AVE. ELMHURST, IL 60126 | SETTLEMENT PAYMENT - ORDER DATED 11/29/16 | 1121-000 | $600.00 | | $4,750.00 |
| 07/10/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $4,740.00 |
| 07/25/17 | 10 | AFFORDABLE TEMPERATURE CONTROL, INC. 453 W. FULLERTON AVE. ELMHURST, IL 60126 | SETTLEMENT PAYMENT - ORDER DATED 11/29/16 | 1121-000 | $600.00 | | $5,340.00 |
| 08/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $5,330.00 |
| 08/28/17 | 10 | AFFORDABLE TEMPERATURE CONTROL, INC. 453 W. FULLERTON AVE. ELMHURST, IL 60126 | SETTLEMENT PAYMENT - ORDER DATED 11/29/16 | 1121-000 | $600.00 | | $5,930.00 |
| 09/08/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $5,920.00 |
| 09/14/17 | 10 | AFFORDABLE TEMPERATURE CONTROL, INC. 453 W. FULLERTON AVE. ELMHURST, IL 60126 | SETTLEMENT PAYMENT - ORDER DATED 11/29/16 | 1121-000 | $600.00 | | $6,520.00 |
| 10/06/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $6,510.00 |

UST Form 101-7-TFR (5/1/2011) *(Page: 6)*               Page Subtotals:                $3,000.00      $50.00

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 16-20921 | Trustee Name: | Frances Gecker, Trustee |
| Case Name: | KENNETH C GVIST | Bank Name: | Associated Bank |
| | BRENDA J GVIST | Account Number/CD#: | XXXXXX2135 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX4289 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 03/29/2019 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 10/19/17 | 10 | AFFORDABLE TEMPERATURE CONTROL, INC. 453 W. FULLERTON AVE. ELMHURST, IL 60126 | SETTLEMENT PAYMENT - ORDER DATED 11/29/16 | 1121-000 | $600.00 | | $7,110.00 |
| 11/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.05 | $7,099.95 |
| 11/30/17 | 10 | AFFORDABLE TEMPERATURE CONTROL, INC. 453 W. FULLERTON AVE. ELMHURST, IL 60126 | SETTLEMENT PAYMENT - ORDER DATED 11/29/16 | 1121-000 | $600.00 | | $7,699.95 |
| 12/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.24 | $7,689.71 |
| 12/21/17 | 10 | AFFORDABLE TEMPERATURE CONTROL, INC. 453 W. FULLERTON AVE. ELMHURST, IL 60126 | SETTLEMENT PAYMENT - ORDER DATED 11/29/16 | 1121-000 | $600.00 | | $8,289.71 |
| 01/08/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $11.75 | $8,277.96 |
| 02/07/18 | 10 | AFFORDABLE TEMPERATURE CONTROL, INC. 453 W. FULLERTON AVE. ELMHURST, IL 60126 | SETTLEMENT PAYMENT - ORDER DATED 11/29/16 | 1121-000 | $600.00 | | $8,877.96 |
| 02/07/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $12.31 | $8,865.65 |
| 03/07/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $11.73 | $8,853.92 |
| 03/12/18 | 10 | AFFORDABLE TEMPERATURE CONTROL, INC. 453 W. FULLERTON AVE. ELMHURST, IL 60126 | SETTLEMENT PAYMENT - ORDER DATED 11/29/16 | 1121-000 | $600.00 | | $9,453.92 |
| 04/06/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $13.74 | $9,440.18 |

UST Form 101-7-TFR (5/1/2011) *(Page: 7)*  Page Subtotals:  $3,000.00  $69.82

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 16-20921 | Trustee Name: | Frances Gecker, Trustee |
| Case Name: | KENNETH C GVIST | Bank Name: | Associated Bank |
|  | BRENDA J GVIST | Account Number/CD#: | XXXXXX2135 |
|  |  |  | Checking |
| Taxpayer ID No: | XX-XXX4289 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 03/29/2019 | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 |  | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 04/11/18 | 10 | AFFORDABLE TEMPERATURE CONTROL, INC. 453 W. FULLERTON AVE. ELMHURST, IL 60126 | SETTLEMENT PAYMENT - ORDER DATED 11/29/16 | 1121-000 | $600.00 |  | $10,040.18 |
| 05/07/18 |  | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 |  | $14.16 | $10,026.02 |
| 05/14/18 | 10 | AFFORDABLE TEMPERATURE CONTROL, INC. 453 W. FULLERTON AVE. ELMHURST, IL 60126 | SETTLEMENT PAYMENT - ORDER DATED 11/29/16 | 1121-000 | $600.00 |  | $10,626.02 |
| 06/07/18 |  | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 |  | $15.42 | $10,610.60 |
| 06/21/18 | 10 | AFFORDABLE TEMPERATURE CONTROL, INC. 453 W. FULLERTON AVE. ELMHURST, IL 60126 | SETTLEMENT PAYMENT - ORDER DATED 11/29/16 | 1121-000 | $600.00 |  | $11,210.60 |
| 07/09/18 |  | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 |  | $15.55 | $11,195.05 |
| 07/17/18 | 10 | AFFORDABLE TEMPERATURE CONTROL, INC. 453 W. FULLERTON AVE. ELMHURST, IL 60126 | SETTLEMENT PAYMENT - ORDER DATED 11/29/16 | 1121-000 | $600.00 |  | $11,795.05 |
| 08/07/18 |  | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 |  | $17.08 | $11,777.97 |
| 08/08/18 | 10 | AFFORDABLE TEMPERATURE CONTROL, INC. 453 W. FULLERTON AVE. ELMHURST, IL 60126 | SETTLEMENT PAYMENT - ORDER DATED 11/29/16 | 1121-000 | $600.00 |  | $12,377.97 |
| 08/27/18 | 10 | AFFORDABLE TEMPERATURE CONTROL, INC. 453 W. FULLERTON AVE. ELMHURST, IL 60126 | SETTLEMENT PAYMENT - ORDER DATED 11/29/16 | 1121-000 | $600.00 |  | $12,977.97 |

UST Form 101-7-TFR (5/1/2011) *(Page: 8)*    Page Subtotals:    $3,600.00    $62.21

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

Case No: 16-20921  
Case Name: KENNETH C GVIST  
BRENDA J GVIST  
Taxpayer ID No: XX-XXX4289  
For Period Ending: 03/29/2019  

Trustee Name: Frances Gecker, Trustee  
Bank Name: Associated Bank  
Account Number/CD#: XXXXXX2135  
Checking  
Blanket Bond (per case limit): $5,000,000.00  
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 09/10/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $18.34 | $12,959.63 |
| 09/28/18 | 10 | AFFORDABLE TEMPERATURE CONTROL, INC. 453 W. FULLERTON AVE. ELMHURST, IL 60126 | SETTLEMENT PAYMENT - ORDER DATED 11/29/16 | 1121-000 | $600.00 | | $13,559.63 |
| 10/05/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $18.73 | $13,540.90 |
| 10/30/18 | 10 | AFFORDABLE TEMPERATURE CONTROL, INC. 453 W. FULLERTON AVE. ELMHURST, IL 60126 | SETTLEMENT PAYMENT - ORDER DATED 11/29/16 | 1121-000 | $600.00 | | $14,140.90 |
| 11/07/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $20.19 | $14,120.71 |
| 11/29/18 | 10 | AFFORDABLE TEMPERATURE CONTROL, INC. 453 W. FULLERTON AVE. ELMHURST, IL 60126 | SETTLEMENT PAYMENT - ORDER DATED 11/29/16 | 1121-000 | $600.00 | | $14,720.71 |
| 12/07/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $20.37 | $14,700.34 |
| 01/08/19 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $21.85 | $14,678.49 |
| 02/14/19 | 5001 | INTERNATIONAL SURETIES LTD. Suite 420 701 Poydras Street New Orleans, LA 70139 | BOND NO. 016073584 | 2300-000 | | $10.24 | $14,668.25 |

|  | COLUMN TOTALS | $15,000.00 | $331.75 |
|---|---|---|---|
|  | Less: Bank Transfers/CD's | $0.00 | $0.00 |
|  | Subtotal | $15,000.00 | $331.75 |
|  | Less: Payments to Debtors | $0.00 | $0.00 |

UST Form 101-7-TFR (5/1/2011) *(Page: 9)*

Page Subtotals: $1,800.00  $109.72

Net $15,000.00    $331.75

Exhibit B

UST Form 101-7-TFR (5/1/2011) *(Page: 10)*    Page Subtotals:    $0.00    $0.00

Exhibit B

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX2135 - Checking | $15,000.00 | $331.75 | $14,668.25 |
|  | $15,000.00 | $331.75 | $14,668.25 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| Total Allocation Receipts: | $0.00 |
|---|---|
| Total Net Deposits: | $15,000.00 |
| Total Gross Receipts: | $15,000.00 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 16-20921  
Debtor Name: KENNETH C GVIST  
Claims Bar Date: 2/9/2017  

Date: March 29, 2019

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 100 3410 | ALAN D. LASKO & ASSOCIATES P. C. 205 W. Randolph Street Suite 1150 Chicago, IL 60606 | Administrative | FIRST AND FINAL FEE APPLICATION | $0.00 | $608.50 | $608.50 |
| 100 2100 | Frances Gecker FRANKGECKER LLP 325 N. LaSalle Street, Suite 625 Chicago, IL 60654 | Administrative | | $0.00 | $2,250.00 | $2,250.00 |
| 100 3110 | FRANKGECKER LLP 325 N. LaSalle Street Suite 625 Chicago, Illinois 60654 | Administrative | FIRST AND FINAL FEE APPLICATION. | $0.00 | $6,767.50 | $6,767.50 |
| 100 3120 | FRANKGECKER LLP 325 N. LaSalle Street Suite 625 Chicago, Illinois 60654 | Administrative | FIRST AND FINAL FEE APPLICATION - EXPENSES. | $0.00 | $79.00 | $79.00 |
| 1 300 7100 | DISCOVER BANK DISCOVER PRODUCTS INC PO BOX 3025 NEW ALBANY, OH 43054-3025 | Unsecured | | $0.00 | $7,585.30 | $7,585.30 |
| 2 300 7100 | DISCOVER BANK DISCOVER PRODUCTS INC PO BOX 3025 NEW ALBANY, OH 43054-3025 | Unsecured | | $0.00 | $7,368.87 | $7,368.87 |
| 3 300 7100 | CAPITAL ONE BANK (USA), N.A. PO BOX 71083 CHARLOTTE, NC 28272-1083 | Unsecured | | $0.00 | $5,810.47 | $5,810.47 |
| 4 300 7100 | CAPITAL ONE BANK (USA), N.A. PO BOX 71083 CHARLOTTE, NC 28272-1083 | Unsecured | | $0.00 | $11,376.03 | $11,376.03 |
| 5 300 7100 | AMERICAN EXPRESS BANK FSB C/O BECKET AND LEE LLP PO BOX 3001 MALVERN PA 19355-0701 | Unsecured | | $0.00 | $20,101.53 | $20,101.53 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 16-20921  
Debtor Name: KENNETH C GVIST  
Claims Bar Date: 2/9/2017  
Date: March 29, 2019

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 6<br>300<br>7100 | PORTFOLIO RECOVERY ASSOCIATES, LLC SUCCESSOR TO CITIBANK, N.A. (SEARS) POB 41067 NORFOLK, VA 23541 | Unsecured | | $0.00 | $2,204.98 | $2,204.98 |
| 7<br>300<br>7100 | PORTFOLIO RECOVERY ASSOCIATES, LLC SUCCESSOR TO SYNCHRONY BANK (WAL-MART) POB 41067 NORFOLK, VA 23541 | Unsecured | | $0.00 | $2,474.77 | $2,474.77 |
| | Case Totals | | | $0.00 | $66,626.95 | $66,626.95 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 16-20921
Case Name: KENNETH C GVIST
             BRENDA J GVIST
Trustee Name: Frances Gecker, Trustee

Balance on hand                                       $        14,668.25

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Frances Gecker | $ 2,250.00 | $ 0.00 | $ 2,250.00 |
| Attorney for Trustee Fees: FRANKGECKER LLP | $ 6,767.50 | $ 0.00 | $ 6,767.50 |
| Attorney for Trustee Expenses: FRANKGECKER LLP | $ 79.00 | $ 0.00 | $ 79.00 |
| Accountant for Trustee Fees: ALAN D. LASKO & ASSOCIATES P. C. | $ 608.50 | $ 0.00 | $ 608.50 |

Total to be paid for chapter 7 administrative expenses     $      9,705.00

Remaining Balance                                          $      4,963.25

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 56,921.95 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 8.7 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | DISCOVER BANK | $ 7,585.30 | $ 0.00 | $ 661.39 |
| 2 | DISCOVER BANK | $ 7,368.87 | $ 0.00 | $ 642.52 |
| 3 | CAPITAL ONE BANK (USA), N.A. | $ 5,810.47 | $ 0.00 | $ 506.64 |
| 4 | CAPITAL ONE BANK (USA), N.A. | $ 11,376.03 | $ 0.00 | $ 991.92 |
| 5 | AMERICAN EXPRESS BANK FSB | $ 20,101.53 | $ 0.00 | $ 1,752.73 |
| 6 | PORTFOLIO RECOVERY ASSOCIATES, LLC | $ 2,204.98 | $ 0.00 | $ 192.26 |
| 7 | PORTFOLIO RECOVERY ASSOCIATES, LLC | $ 2,474.77 | $ 0.00 | $ 215.79 |

Total to be paid to timely general unsecured creditors   $ 4,963.25

Remaining Balance   $ 0.00

   Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

   Tardily filed general (unsecured) claims are as follows:

NONE

   Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

   Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE