**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | No. 16-20921 |
| | ) | |
| KENNETH C. GVIST and | ) | Chapter 7 |
| BRENDA J. GVIST, | ) | |
| | ) | Honorable Janet S. Baer |
| Debtors. | ) | |
| | ) | |
| | ) | **Hearing Date:   June 11, 2019** |
| | ) | **Hearing Time:   10:00 a.m.** |
| | ) | **Room No.:        615** |

**NOTICE OF HEARING**

PLEASE TAKE NOTICE THAT on **June 11, 2019**, at **10:00 a.m.**, we shall appear before the Honorable Janet S. Baer, or such other judge as may be sitting in her stead, in Courtroom 615 at the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois 60604, and present the **Trustee's Application for Compensation and Expenses**.

Dated:  April 25, 2019

Respectfully submitted,

By:   /s/ *Frances Gecker*
Frances Gecker, Chapter 7 Trustee

Frances Gecker (IL ARDC #6198450)
FRANKGECKER LLP
325 North LaSalle Street, Suite 625
Chicago, IL 60654
(312) 276-1400
(312) 276-0035 (fax)

{GVIST/001/00056295.DOC/}

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | No. 16-20921 |
| | ) | |
| KENNETH C. GVIST and | ) | Chapter 7 |
| BRENDA J. GVIST, | ) | |
| | ) | Honorable Janet S. Baer |
| Debtors. | ) | |

**TRUSTEE'S APPLICATION FOR
COMPENSATION AND EXPENSES**

TO:   THE HONORABLE Janet S. Baer

NOW COMES Frances Gecker, Trustee herein, pursuant to 11 U.S.C. §330, and requests $2,250.00 as compensation and $0.00 for reimbursement of expenses, $0.00 amount of which has previously been paid.

**I. COMPUTATION OF COMPENSATION**

Total disbursements to parties in interest, excluding the Debtor, but including holders of secured claims are $15,000.00. Pursuant to 11 U.S.C. §326, compensation should be computed as follows:

| | | |
|---|---|---|
| 25% of the First $5,000.00 | $1,250.00 | ($1,250.00 max.) |
| 10% of next $45,000.00 | $1,000.00 | ($4,500.00 max.) |
| 05% of next $950,000.00 | $0.00 | ($47,500.00 max.) |
| 03% of balance | $0.00 | |

| | |
|---|---|
| TOTAL COMPENSATION | $2,250.00 |

{GVIST/001/00056295.DOC/}

## II. TRUSTEE'S EXPENSES

None

TOTAL EXPENSES                                          $0.00

The undersigned certifies under penalty of perjury that no agreement or understanding

exists between the undersigned and any other person for sharing of compensation prohibited by

the Bankruptcy Code. No payments have previously been made or promised in any capacity in

connection with the above case.

Respectfully submitted,

By:   /s/ *Frances Gecker*

Frances Gecker, Chapter 7 Trustee

Frances Gecker (IL ARDC #6198450)
FRANKGECKER LLP
325 North LaSalle Street, Suite 625
Chicago, IL 60654
(312) 276-1400
(312) 276-0035 (fax)